2 So.2d 921

**The LONDON ASSURANCE v. Florence HENDON.**

**6 Div. 876.**

Supreme Court of Alabama.

June 13, 1941.

Coleman, Spain, Stewart & Davies, of Birmingham, for petitioner.

G. P. Benton, of Fairfield, opposed.

BOULDIN, Justice.

Petition of The London Assurance for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of London Assurance v. Hendon, 2 So.2d 917.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.